## FRANÇOIS LABADY *versus* GABRIEL RICHARD, LOUIS BEUFAIT, CHARLES RIVARD, AND ANTOINE DEQUINDRE.

JOURNAL ENTRIES (1827–35): *Journal 4:* (1) Motion for default judgment *p. 130; (2) attorney substituted *p. 177; (3) continued *p. 190; (4) continued *p. 239; (5) argument heard *p. 418; (6) argument heard *p. 419; (7) argument

closed, case submitted *p. 420; (8) continued under advisement *p. 436; (9) judgment *p. 473. *Journal 5:* (10) Motion for execution *p. 80.

PAPERS IN FILE: (1) Precipe for summons; (2) summons and return; (3) declaration; (4) copy of bond; (5) demand for oyer and copy of bond; (6) substituted declaration; (7) pleas of non est factum, nil debet, etc.; (8) replications; (9) case made; (10) affidavit of Elon Farnsworth re agreement of parties; (11) judgment signed by one of the judges; (12) precipe for writ of error returnable to U. S. Supreme Court; (13) copy of writ of error, of allowance by two of the territorial judges, and of notice to plaintiff; (14) bail bond in error approved by two of the territorial judges; (15) mandate from U. S. Supreme Court.

*1824–36 Calendar*, MS p. 90. Recorded in *Book C*, MS pp. 300–13.